IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Milton Hershey School,       :      **CASE SEALED**
           Petitioner    :
                         :
        v.           :      No. 665 C.D. 2019
                         :
Pennsylvania Human Relations  :
Commission,                 :
           Respondent  :

**PER CURIAM**             **O R D E R**

      NOW, February 27, 2020, it is ordered that the above-captioned Memorandum Opinion, filed February 11, 2020, shall be designated OPINION and shall be REPORTED.